UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kimberly Ann Meadows and Jeremy Scott Meadows,

Plaintiffs,

v.

United States of America,

Defendant.

Civil No. 24-13026

Honorable Linda V. Parker
Mag. Judge Kimberly G. Altman

______________________________/

**DEFENDANT'S FIRST AMENDED PRELIMINARY WITNESS LIST**

Pursuant to the Court's Scheduling Order (ECF No. 11) and Fed. R. Civ. P. 26(a)(1), Defendant submits the following list of those individuals Defendant may call at trial:

1. Kimberly Ann Meadows
2. Jeremy Scott Meadows
3. Andrei Faustino Dupra
4. William Davenport
5. Andrew Hall
6. Dep. Zach Root
7. Dr. Nicholas Dutcheshen
8. Dr. Gregory Whitman

9. Dr. Robin Hanks

10. Megan Hamilton

11. Plaintiffs current or former treating physicians or other medical professionals with knowledge of Plaintiffs' pre-existing conditions and alleged injuries.

12. Rebuttal experts once Plaintiffs disclose their alleged injuries with specificity and proposed experts.

13. Individuals identified on Plaintiff's initial disclosures or any supplement.

14. Individuals identified on any witness list or supplement by Plaintiff.

Defendant reserves the right to add additional witnesses as discovery is ongoing.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

By: /s/ Jennifer L. Newby

Jennifer L. Newby (P68891)
Assistant United States Attorney
Attorney for Defendant
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9100
Jennifer.Newby@usdoj.gov

Dated: September 11, 2026

## CERTIFICATION OF SERVICE

I hereby certify that on September 11, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will provide notice to all counsel of record.

*/s/ Jennifer L. Newby*
JENNIFER L. NEWBY (P68891)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0295
Jennifer.Newby@usdoj.gov