Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KIMBERLY ANN MEADOWS and
JEREMY SCOTT MEADOWS,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

Case No: 24-cv-13026
Hon. Linda V. Parker

_______________________________________/

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
LEO ST. AMOUR (P88642)
Michigan Auto Law, P.C.
Attorneys for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575
(248) 254-8081 fax
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
esimon@michiganautolaw.com – assistant

JENNIFER L. NEWBY (P68891)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0295
Jennifer.Newby@usdoj.gov

_______________________________________/

**PLAINTIFFS' THIRD AMENDED WITNESS LIST**

Plaintiff, KIMBERLY ANN MEADOWS and JEREMY SCOTT MEADOWS, by and through their attorneys, MICHIGAN AUTO LAW, P.C., hereby submit the following third amended list of witnesses, known to the Plaintiffs at the time of preparation of the list. To the extent there are subsequent treating doctors and further discovery or investigation identifies additional witnesses, the Plaintiffs reserve the right to file an amended witness list naming them.

1. Kimberly Ann Meadows
2. Jeremy Scott Meadows
3. Andrei Fuastino Dupra
4. Alice Harris
5. Leora Harris
6. Jacqueline Lai
7. Vince Lai
8. Kris Smith
9. Kevin Smith
10. Steve Bogoski
11. Teri Bogoski
12. Ted Kerr
13. Custodian of record of United States Postal Service and any and all agents and employees.
14. Custodian of records of United States of America and any and all agents and employees.
15. Custodian of records of Grand Traverse County Sheriff Department and any and all agents and employees.
16. Deputy Z. Root, Badge #921, Grand Traverse Sheriff Department.
17. John Smith P.E., Expert, Biomechanical Engineer and Accident Reconstruction, Raymond B. Smith & Associates, 43766 Buckskin Rd. Parker, Colorado 80138.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

18. Timothy P. Robbins, Expert, Traffic Crash Reconstruction, 4106 Wilder Road, #290, Bay City, MI 48706-2239.

19. Nitin V. Paranjpe, Ph.D., Expert, Paranjpe Economics, LLC, 1221 Bowers St., # 2072, Birmingham, MI 48012.

20. Christopher M. Leber M.D, FAAPMR, CLCP, Life Care Planning Expert, Physician Medicine & Rehabilitation, Physician Life Care Planning, 1150 IH 10 West Ste 273, San Antonio, TX 78230.

21. Jaspal R. Singh, M.D, FAAPMR, CLCP, Life Care Planning Expert, Physician Medicine & Rehabilitation, Physician Life Care Planning, 1150 IH 10 West Ste 273, San Antonio, TX 78230.

22. Richard B. Bowman, M.D., Life Care Planning Expert, RGB Medical Inc., P.O. Box 32, Charleston, WV 25321.

23. Sara Ford, MRC, Expert, Vocational Economics Inc., 325 W. Main St., Suite 310, Louisville, KY 40202.

24. Whitney Morgan, Expert, Trucking, PO Box 531195, Birmingham, AL 35253

25. David L. Dorrity, MHRD, CDS, CDT, Expert, Trucking, Two Meeting Place, Greenville, SC 29615.

26. Larry Baareman, Expert, Traffic Reconstruction & Transportation Compliance, Inc., 8900 Byron Commerce Dr SW, Byron Center, MI 49315.

27. Marc Edgcombe, Expert, Traffic Reconstruction & Transportation Compliance, Inc., 8900 Byron Commerce Dr SW, Byron Center, MI 49315.



Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

28. Custodian of records of Tricare and any and all agents and employees.

29. Custodian of records of Social Security Administration and any and all agents and employees.

30. Any and all witnesses named in the Witness List filed by Defendant called or not called at trial.

31. Any and all witnesses necessary to rebut the Defendant's or their witnesses' testimony.

32. Any and all doctors listed in the records of any of the records custodians listed in Plaintiff's and Defendant's Witness List.

33. Any and all witnesses that become known up to and through the date of trial.

34. Any and all individuals named in discovery, including interrogatories, depositions, pleadings and documents.

35. The corporate representative present at trial.

36. Any and all medical personnel necessary to authenticate, interpret and enter the results of any medical, biological and/or psychological tests.

37. Any and all individuals necessary to authenticate, interpret, identify and/or introduce any and all exhibits.

**<u>Kimberly Ann Meadows</u>**

38. Custodian of records of Ann Arbor Optometry, 2433 Oak Valley Dr., Suite 300, Ann Arbor, MI 48013, and any and all treating or examining physicians, nurses, physical therapists, and employees.

39. Jennifer Sortor, O.D., 2433 Oak Valley Dr., Suite 300, Ann Arbor, MI 48013

40. Custodian of records of Associates in Physical Medicine & Rehabilitation, PD., 5333 McAuley Drive, Suite 2009, Ypsilanti, MI 49197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

41. Stephen Bloom, M.D., 5333 McAuley Drive, Suite 2009, Ypsilanti, MI 49197.

42. Lindsay Pipkin, PA-C, 5333 McAuley Drive, Suite 2009, Ypsilanti, MI 49197.

43. Custodian of records of East Bay Ambulance, 1965 N. Three Mile Rd., Traverse City, MI 49696, and any and all treating or examining physicians, nurses, physical therapists, and employees.

44. Custodian of records of Trintiy Health Medical Group, Neuropsychology, 5333 McAuley Dr., Suite 2010, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

45. Fatima Khan, MS, LLP, 5333 McAuley Dr., Suite 2010, Ypsilanti, MI 48197

46. Marcia Johnson, PsyD, 5333 McAuley Dr., Suite 2010, Ypsilanti, MI 48197



Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

47. Custodian of records of Life Skills Village, 25900 Greenfield Rd., Suite 100, Oak Park, MI 48237, and any and all treating or examining physicians, nurses, physical therapists, and employees.

48. Custodian of records of Guthrie Ambulatory Health Care, 11050 Mt. Belvedere Blvd., Fort Drum, NY 13602 and any and all treating or examining physicians, nurses, physical therapists, and employees.

49. Custodian of records of Munson Medical Center, 1105 6th St., Travere City, 49684 and any and all treating or examining physicians, nurses, physical therapists, and employees.

50. Custodian of records of Trinity Health IHA Medical Group, Brain & Spine Surgery, 5315 Elliott Dr., Suite 102, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

51. Jonathan Ogar, P.A., 5315 Elliott Dr., Suite 102, Ypsilanti, MI 48197.

52. Custodian of records of Trinity Health IHA Medical Group Neurology, 5333 McAuley Dr., Suite 6109, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

53. Martha H. Reincke, M.D., 5333 McAuley Dr., Suite 6109, Ypsilanti, MI 48197.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

54. Custodian of records of Trinity Health IHA Medical Group Orthopedics, 5315 Elliott Drive, Suite 304, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

55. Ryan A. Mlynarek, M.D., 5315 Elliott Drive, Suite 304, Ypsilanti, MI 48197.

56. Custodian of records of Trinity Health IHA Medical Group Primary Care, 4940 W. Clark Road, Suite 100, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

57. Ross Schmaeman, M.D., 4940 W. Clark Road, Suite 100, Ypsilanti, MI 48197.

58. Custodian of records of Trinity Health Probility Physical Therapy, 3145 W. Clark Rd., Suite 102, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

59. Custodian of records of Trinity Health Rehabilitation, 5333 McCauley Drive, Suite 2010, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

60. Shannon Dennis, Ph.D., 5333 McCauley Drive, Suite 2010, Ypsilanti, MI 48197.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

61. Custodian of records of University of Michigan Kellogg Eye Center, 1000 Wall Street, Ann Arbor, MI 48105, and any and all treating or examining physicians, nurses, physical therapists, and employees.

62. Tatiana Deveney, M.D., 1000 Wall Street, Ann Arbor, MI 48105.

63. Custodian of records of Well Now Urgent Care, 1261 N. Telegraph Rd., Monroe, MI 48162, and any and all treating or examining physicians, nurses, physical therapists, and employees.

64. Custodian of records of Trinity Health Pain Clinic, 5333 McAuley Dr, Suite 1000, Ypsilanti, MI 48917, and any and all treating or examining physicians, nurses, physical therapists, and employees.

65. Stephen Riutta, M.D., 5333 McAuley Dr, Suite 1000, Ypsilanti, MI 48917.

66. Custodian of records of Ethos Health Group, LLC, 29777 Telegraph Rd., Southfield, MI 48037, and any and all treating or examining physicians, nurses, physical therapists, and employees.

67. Mwathi Delani, APRN, 29777 Telegraph Rd., Southfield, MI 48037

68. Mary Shaya, MD, 29777 Telegraph Rd., Southfield, MI 48037

69. Custodian of records of Parkwood Open Imaging, 13161 W. 10 Mile Rd., Oak Park, MI 48237, and any and all treating or examining physicians, nurses, physical therapists, and employees.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

70. Custodian of records of Associated Retinal Specialists, 2000 North Huron River Drive, Suite 100, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

71. Viren K. Govindaraju, M.D., 2000 North Huron River Drive, Suite 100, Ypsilanti, MI 48197

**Jeremy Scott Meadows:**

72. Custodian of records of Associates in Physical Medicine & Rehabilitation, PD., 5333 McAuley Drive, Suite 2009, Ypsilanti, MI 49197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

73. Stephen Bloom, M.D., 5333 McAuley Drive, Suite 2009, Ypsilanti, MI 49197

74. Lindsay Pipkin, PA-C, 5333 McAuley Drive, Suite 2009, Ypsilanti, MI 49197

75. Custodian of records of Guthrie Ambulatory Health Care, 11050 Mt. Belvedere Blvd., Fort Drum, NY 13602 and any and all treating or examining physicians, nurses, physical therapists, and employees.

76. Custodian of records of Munson Medical Center, 1105 6th St., Travere City, 49684 and any and all treating or examining physicians, nurses, physical therapists, and employees.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

77. Custodian of records of MMR Grand Traverse, 1237 Hastings St., Traverse City, MI 49686, and any and all treating or examining physicians, nurses, physical therapists, and employees.

78. Custodian of records of Trinity Health IHA Medical Group Podiatry, 5333 McAuley Dr., Suite 4012, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

79. Stephanie Donovan, DPM, 5333 McAuley Dr., Suite 4012, Ypsilanti, MI 48197.

80. Custodian of records of Trinity Health IHA Medical Group Orthopedics, 5315 Elliott Drive, Suite 304, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

81. Dean R. Schueller, M.D., 5315 Elliott Drive, Suite 304, Ypsilanti, MI 48197.

82. Ryan A. Mlynarek, M.D., 5315 Elliott Drive, Suite 304, Ypsilanti, MI 48197.

83. Custodian of records of Trinity Health IHA Medical Group Primary Care, 4940 W. Clark Road, Suite 100, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

84. Ross Schmaeman, M.D., 4940 W. Clark Road, Suite 100, Ypsilanti, MI 48197.

85. Custodian of records of Trinity Health Probility Physical Therapy, 3145 W. Clark Rd., Suite 102, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

86. Custodian of records of Trinity Health Rehabilitation, Reichart Medical Center, 5333 McCauley Drive, Suite 2010, Ypsilanti, MI 48197, and any and all treating or examining physicians, nurses, physical therapists, and employees.

87. Shannon Dennis, Ph.D., 5333 McCauley Drive, Suite 2010, Ypsilanti, MI 48197.

88. Fatima Khan, MS, LLP, 5333 McCauley Drive, Suite 2010, Ypsilanti, MI 48197.

89. Custodian of records of VA Ann Arbor Healthcare System, 2215 Fuller Rd., Ann Arbor, MI 48105, and any and all treating or examining physicians, nurses, physical therapists, and employees.

90. Jyotsna Kapoor, M.D., 2215 Fuller Rd., Ann Arbor, MI 48105.

91. Custodian of records of Weed Army Community Hospital, 390 N. Loop Rd., Fort Irwin, CA 92310, and any and all treating or examining physicians, nurses, physical therapists, and employees.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

92. Custodian of records of Well Now Urgent Care, 1261 N. Telegraph Rd., Monroe, MI 48162, and any and all treating or examining physicians, nurses, physical therapists, and employees.

93. Custodian of records of Trinity Health Pain Clinic, 5333 McAuley Dr, Suite 1000, Ypsilanti, MI 48917, and any and all treating or examining physicians, nurses, physical therapists, and employees.

94. Stephen Ruitta, M.D., 5333 McAuley Dr, Suite 1000, Ypsilanti, MI 48917.

95. Custodian of records of Mobile Medical Response, 834 S. Washington Ave., Saginaw, MI 48601, and any and all treating or examining physicians, nurses, physical therapists, and employees.

96. Custodian of records of Life Skills Village, 25900 Greenfield Rd., Suite 100, Oak Park, MI 48237, and any and all treating or examining physicians, nurses, physical therapists, and employees.

97. Custodian of records of Ethos Health Group, LLC, 29777 Telegraph Rd., Southfield, MI 48037, and any and all treating or examining physicians, nurses, physical therapists, and employees.

98. Mwathi Delani, APRN, 29777 Telegraph Rd., Southfield, MI 48037

99. Mary Shaya, MD, 29777 Telegraph Rd., Southfield, MI 48037

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

100. Custodian of records of Parkwood Open Imaging, 13161 W. 10 Mile Rd., Oak Park, MI 48237, and any and all treating or examining physicians, nurses, physical therapists, and employees.

101. Custodian of records of Neulife Rehabilitation of Michigan, 36975 Utica Rd., Suite 102, Clinton Township, MI 48036, and any and all treating or examining physicians, nurses, physical therapists, and employees.

102. Plaintiffs reserve the right to call additional parties that become known through further discovery including, but not limited to, medical personnel who may have examined or treated the plaintiff who are presently unknown, and all subsequent treating doctors.

Respectfully submitted,

MICHIGAN AUTO LAW, P.C.

/s/ Kevin H. Seiferheld
KEVIN H SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
LEO ST. AMOUR (P88642)
Attorneys for Plaintiff

Dated: October 12, 2026

**CERTIFICATE OF SERVICE**

I, Elize Vartanian Simon, hereby certify that I am employed by MICHIGAN AUTO LAW, P.C. and that on the 12th day of October, 2026, I electronically filed the foregoing instrument and this Certificate of Service with the Clerk of the Court using the E-Filing system which will send notification of such filing to the attorneys of record in the above referenced matter. I declare that the statements above are true to the best of my information, knowledge and belief.

/s/ Elize Vartanian Simon
Elize Vartanian Simon