UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kimberly Ann Meadows and Jeremy Scott Meadows,

Plaintiffs,

v.

United States of America,

Defendant.

Civil No. 24-13026

Honorable Linda V. Parker
Mag. Judge Kimberly G. Altman

# Stipulated Order Amending Scheduling Order

Pursuant to the stipulation of the parties and Fed. R. Civ. P. 16, to allow the parties necessary time to arrange and conduct multiple expert discovery depositions located outside of the State of Michigan, it is **ORDERED** that the Scheduling Order is **AMENDED** as follows:

| | |
|---|---|
| Expert Discovery Cutoff | January 29, 2027 |
| Dispositive and Daubert Motion Cutoff | March 31, 2027 |

All other provisions of the Scheduling Order remain unchanged.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 21, 2026

So stipulated and agreed:

By: /s/ Leo J. St. Amour
Leo J. St. Amour (P88642)
Michigan Auto Law P.C.
Attorney for Plaintiffs
30101 Northwestern Highway
Farmington Hills, Michigan 48334
(248) 353-7575
lstamour@michiganautolaw.com

By: /s/ Jennifer L. Newby
Jennifer L. Newby (P68891)
Assistant United States Attorney
Attorneys for Defendant
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0295
Jennifer.Newby@usdoj.gov